COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE, Plaintiff-Appellee, v. Philip ELTING, Collector, etc., Defendant-Appellant.

No. 57.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1936.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellant.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed in open court.

COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE, Plaintiff-Appellant, v. Philip ELTING, Collector of Customs, Port of New York, Defendant-Appellee.

No. 139.

Circuit Court of Appeals, Second Circuit.

Dec. 14, 1936.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

CUNARD STEAMSHIP COMPANY, Ltd., Appellant, v. Philip ELTING, Collector of Customs of the Port of New York, Appellee.

No. 86.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Kirlin, Campbell, Hickox, Keating & McGrann and Gaspare M. Cusumano, all of New York City (Delbert M. Tibbetts and J. F. Luley, both of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of section 3 (5) of the Immigration Act of 1924 (8 U.S.C.A. § 203(5), and Karnuth v. United States, 279 U.S. 231, 49 S.Ct. 274, 73 L.Ed. 677, and International Mercantile Marine Co. v. Elting (C.C.A.) 74 F.(2d) 661 (fifth cause of action).